UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:22-CV-80760-DMM

FREDY DAVILA,

        Plaintiffs,

vs.

LUXURY WOOD FLOORS INC,
a Florida Profit Corporation;
WILDER L. MORALES, in his individual
capacity; ARTISAN HARDWOODS, LLC,
a Florida Limited Liability Company; and
WILLIAM S. LINDSEY, in his individual
capacity,

        Defendants.
_____/

## JOINT REPORT REGARDING SETTLEMENT

Pursuant to the Court's Order Setting FLSA Schedule dated June 28, 2022 [D.E. 12], the Parties hereby file this Joint Report as to Settlement advising the Court as follows:

1. Counsel for Parties conferred regarding settlement on Thursday, July 21, 2022, Friday, July 22, 2022, and Tuesday, July 26, 2022.

2. While settlement discussions are ongoing, the Parties are unable to reach a settlement at this time. The Parties believe they will continue to discuss settlement through their mediation date.

3. The Parties are scheduled to mediate with Daniel R. Levine on October 6, 2022.

Dated: July 26, 2022

Respectfully submitted,

| | |
|---|---|
| **By: /s/ Gregory S. Sconzo** | **By: /s/ Adi Amit** |
| GREGORY S. SCONZO, ESQUIRE | Adi Amit, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No.: 35257 |
| SAMANTHA L. SIMPSON, ESQUIRE | ADI AMIT, P.A. |
| Florida Bar No.: 1010423 | Attorneys for Defendants |
| Sconzo Law Office, P.A. | 101 Centre |
| 3825 PGA Boulevard, Suite 207 | 101 NE Third Avenue, Suite 300 |
| Palm Beach Gardens, FL 33410 | Fort Lauderdale, Florida 33301 |
| Telephone: (561) 729-0940 | Phone: (954) 533-5922 |
| Facsimile: (561) 491-9459 | E-mail: Adi@DefenderOfBusiness.com |
| Primary Email: greg@sconzolawoffice.com | |
| Primary Email: samantha@sconzolawoffice.com | |
| Secondary Email: alexa@sconzolawoffice.com | |
| Attorneys for Plaintiff | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by on this 26th day of July 2022 on all counsel or parties of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**By: /s/ Gregory S. Sconzo**
GREGORY S. SCONZO, ESQUIRE
Florida Bar No.: 0105553
SAMANTHA L. SIMPSON, ESQUIRE
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
**Primary Email:** greg@sconzolawoffice.com
**Primary Email:** samantha@sconzolawoffice.com
**Secondary Email:** alexa@sconzolawoffice.com