UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 22-80760-Civ-MATTHEWMAN

FREDY DAVILA,

      Plaintiff,

vs.

LUXURY WOOD FLOORS INC.,
a Florida Profit Corporation;
WILDER L. MORALES, in his
individual capacity; ARTISAN
HARDWOODS, LLC,
a Florida Limited Liability Company;
and WILLIAM S. LINDSEY, in his
individual capacity,

      Defendants.

_____/

FILED BY _____ SW _____ D.C.

Jun 29, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**FINAL JUDGMENT IN FAVOR OF PLAINTIFF FREDY DAVILA
AND AGAINST DEFENDANTS LUXURY WOOD FLOORS, INC., A FLORIDA
CORPORATION, AND WILDER L. MORALES, IN HIS INDIVIDUAL CAPACITY**

Based on the duly entered Jury Verdict [DE 130], it is hereby **ORDERED AND
ADJUDGED** that:

1. Final Judgment is hereby **ENTERED** in favor of Plaintiff, FREDY DAVILA, and
   against Defendants LUXURY WOOD FLOORS, INC., A FLORIDA
   CORPORATION, and WILDER L. MORALES, IN HIS INDIVIDUAL CAPACITY.

2. Plaintiff shall recover from Defendants LUXURY WOOD FLOORS, INC., A
   FLORIDA CORPORATION, and WILDER L. MORALES, IN HIS INDIVIDUAL
   CAPACITY, the sum of $13,192.50 in unpaid overtime wages, plus the sum of
   $13,192.50 in liquidated damages pursuant to 29 U.S.C. § 216(b), for a total amount of

**$26,385.00**, plus post-judgment interest beginning on the date that this Final Judgment is entered,[1] for which let execution issue. Both Defendants are jointly and severally liable for this total amount.

3. The Court retains jurisdiction to consider any timely motions for attorneys' fees and for costs.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 29th day of June 2023.

WILLIAM MATTHEWMAN
United States Magistrate Judge

---

[1] Per 28 U.S.C. § 1961, post-judgment interest shall accrue at a rate of 5.26% per annum.