UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-80760-MATTHEWMAN

FREDY DAVILA,

     Plaintiff,

vs.

LUXURY WOOD FLOORS INC., a Florida
Profit Corporation, et al.,

     Defendants.

_____/

## JUDGMENT

Consistent with the Court's Order Granting in Part and Denying in Part Plaintiff's Motion to Tax Costs [DE 148], it is hereby **ORDERED** that judgment is entered in favor of Plaintiff Fredy Davila, and against Defendant Luxury Wood Floors, Inc., and Defendant Wilder L. Morales, in the amount of $4,050.10 in costs, plus post-judgment interest at the statutory rate per 28 U.S.C. § 1961, for which let execution issue.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 16th day of August, 2023.

WILLIAM MATTHEWMAN
United States Magistrate Judge