UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-80760-MATTHEWMAN

FREDY DAVILA,

    Plaintiff,

vs.

LUXURY WOOD FLOORS INC., a Florida
Profit Corporation, et al.,

    Defendants.

_____/

<u>**JUDGMENT**</u>

    Consistent with the Court's Order Granting in Part and Denying in Part Plaintiff's Motion for Attorney's Fees [DE 158], it is hereby **ORDERED** that judgment is entered in favor of Plaintiff Fredy Davila, and against Defendant Luxury Wood Floors, Inc., and Defendant Wilder L. Morales, in the amount of $63,676.00 in attorney's fees, plus post-judgment interest at the statutory rate per 28 U.S.C. § 1961, for which let execution issue.

    **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 29th day of September, 2023.

*William Matthewman*
WILLIAM MATTHEWMAN
United States Magistrate Judge